IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cr-136-MEF |
| | ) | |
| ANGELA MARIE DAVIS | ) | |

# **O R D E R**

Upon consideration of the government's Motion to Dismiss Indictment as to Defendant, Angela Marie Davis (Doc. #41) filed on January 29, 2010, it is hereby

ORDERED that the motion is GRANTED and the indictment against Angela Marie Davis is dismissed.

DONE this the 1st day of February, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE